```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A04-0122--CV (HRH)
                      "USA V JULIO REYES"

       Including terminated parties, excluding terminated counsel


  Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 06/04/04
           Closed: NO

     Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (510) Vacate sentence (2255)

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Waived
         Trial by:


Parties of Record:                       Counsel of Record:

PLF 1.1         UNITED STATES OF AMERICA    Thomas C. Bradley
                                            U.S. Attorney's Office
                                            222 W. 7th Avenue, #9
                                            Anchorage, AK 99513-7567
                                            907-271-5071

DEF 1.1         REYES, JULIO                Julio Reyes
                                            Pro Per: 14531-006
                                            B-512
                                            1705 E. Hanna Road
                                            Eloy, AZ 85231
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A04-0122--CV (HRH)
                                  "USA V JULIO REYES"

                               For all filing dates


  Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 06/04/04
           Closed: NO

     Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (510) Vacate sentence (2255)

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Waived
         Trial by:


Document #  Filed      Docket text

NOTE -   1  06/04/04   Notation: ALL FUTURE FILINGS TO BE IN CRIMINAL CASE A94-0055 CR (JWS).
```